# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Omar Martinez Hernandez,<br><br>    Plaintiff,<br><br>    v.<br><br>Experian Information Solutions, Inc.,<br><br>    Defendant. | Case No. 2:17-cv-00722-RSM<br><br>**UNOPPOSED STIPULATED MOTION AND ORDER EXTENDING PRETRIAL DEADLINES AND TO CONTINUE TRIAL DATE** |

## STIPULATION

1. Plaintiff Omar Martinez Hernandez ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively, "the Parties"), by and through their attorneys of record, file this unopposed motion and agree to stipulate to extend the current pretrial and trial deadlines listed in the June 26, 2017 scheduling order.

2. Good cause exists for the requested extension of the pretrial deadlines and the trial date. The parties have been working diligently to complete discovery in this matter. However, Experian's counsel experienced a major medical emergency for one of her children which has hindered the parties abilities to complete all discovery. Despite this hardship, the Parties have served and responded to written discovery requests and have also produced numerous documents. The Parties are also in the midst of discussing settlement and are hopeful that they may be able to reach a resolution prior to incurring the costs associated with conducting depositions.

3. As such, the Parties respectfully request the following extensions in the case:

    a. Discovery deadline extended from December 18, 2017 until February 19, 2018;

1          b.    Deadline for dispositive motions to be filed from January 16, 2018 until March 13, 2018;

        c.    Deadline to hold Mediation, **if requested by the parties**, from March 2, 2018 until May 4, 2018;

        d.    Deadline for Motions in Limine to a date appropriate to the new trial date;

        e.    Deadline to file Pretrial Order to a date appropriate to the new trial date;

        f.    Pretrial Conference changed to a date appropriate to the new trial date;

        g.    Trial Briefs changed to a date appropriate to the new trial date;

        h.    Proposed voir dire/jury instruction date will be changed to a date appropriate to a new trial date.

5. The Parties also stipulate to a continuance of the present trial date to a new date in accordance with the above schedules.

6. The Parties propose rescheduling the trial date for some time in June or July, 2018.

DATED: December 15, 2017

ROBERT S. SOLA, P.C.

By: */s/ Robert S. Sola*
Robert S. Sola
*Admitted Pro Hac Vice*
1500 SW First Avenue, Suite 800
Portland, OR 97201
Telephone: (503) 295-6880

Christopher E. Green, WSBA 19410
Green LawFirm
225 106th Ave NE
Bellevue, WA 98004
Telephone: (206) 686-4558

*Attorneys for Plaintiff*

DATED: December 15, 2017

JONES DAY

By: */s/ Angela M. Taylor*
Angela M. Taylor, CASBN 210425
*Admitted Pro Hac Vice*
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939

By: */s/ Rachel L. Dunnington*
Rachel L. Dunnington, WSBA No. 47021
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7545

*Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.*

## ORDER

**THIS MATTER** came before the Court on the foregoing stipulation of the parties. The Court has reviewed the parties' stipulation and, finding that the same is made for good cause, the Court hereby

**ORDERS** that the current pretrial deadlines shall each be extended as follows:

a. Discovery deadline extended from December 18, 2017 until February 19, 2018;

b. Deadline for dispositive motions to be filed from January 16, 2018 until March 13, 2018;

c. Deadline to hold Mediation, **if requested by the parties**, from March 2, 2018 until May 4, 2018;

d. Deadline for Motions in Limine to a date appropriate to the new trial date;

e. Deadline to file Pretrial Order to a date appropriate to the new trial date;

f. Pretrial Conference changed to a date appropriate to the new trial date;

g. Trial Briefs changed to a date appropriate to the new trial date;

h. Proposed voir dire/jury instruction date will be changed to a date appropriate to a new trial date.

**ORDERS** that the trial date shall be continued in accordance with the above schedule; and the Court further

**ORDERS** that Plaintiff's counsel shall contact the Court's in-court Deputies, Laurie Cuaresma and Lowell Williams, at laurie_cuaresma@wawd.uscourts.gov and lowell_williams@wawd.uscourts.gov, within ten (10) days of the date of this Order with several proposed, agreed trial dates in this matter, after which the Court will issue an Amended Scheduling Order.

**IT IS SO ORDERED.**

///

///

UNOPPOSED STIPULATED MOTION AND ORDER
EXTENDING PRETRIAL DEADLINES etc.
Case No. 2:17-cv-00722-RSM

- 3 -

JONES DAY
3161 Michelson Drive, Suite 800, Irvine, CA 92612
Telephone (714) 851-3939

1 | **DATED** this 18th day of December, 2017.

*(signature)*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

JONES DAY

 /s/ Angela M. Taylor
Angela M. Taylor, CASB No. 210425
angelataylor@jonesday.com
*Admitted Pro Hac Vice*
3631 Michelson Drive, Ste 800
Irvine, CA 92612
Telephone (949) 851-3939
Facsimile (949) 553-7539
Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**UNOPPOSED STIPULATED MOTION AND ORDER
EXTENDING PRETRIAL DEADLINES etc.**
**Case No. 2:17-cv-00722-RSM**

- 4 -

JONES DAY
3161 Michelson Drive, Suite 800, Irvine, CA 92612
Telephone (714) 851-3939